UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE E.K. WADE, | Case No. 26-mc-80111-NW |
| | **ORDER SCREENING PLAINTIFF'S COMPLAINT; CLOSING THIS ACTION** |
| | Re: ECF No. 1 |

In 2010, the Court (Alsup, J.) issued an Order finding E.K. Wade, the Plaintiff in the instant action, to be a vexatious litigant. *See Wade v. Gilliland et. al.*, C 10-00425 WHA ("*Gilliland*"), ECF No. 100. The Order requires Plaintiff to "seek leave from th[e] Court before filing any additional complaints . . . in connection with his disputes with the [Department of Labor] stemming from his prior employment in the Office of Federal Programs Contract Compliance." *Id.* at 4. Because the Order requires Plaintiff to acquire pre-filing approval, the Clerk of the Court designated this case as a miscellaneous matter when Plaintiff filed his papers. It was subsequently assigned to the undersigned for screening.

In the fifteen years since Judge Alsup issued the Order, Mr. Wade has filed nine motions to vacate in the *Gilliland* case; all have been denied. The instant action, though filed independently from the *Gilliland* case, is not a standalone action with its own standalone complaint. Instead, it is an attempt by Plaintiff to re-open and vacate Judge Alsup's Order as well as the two dozen subsequent orders from other district and appellate courts affirming that Order. *See, e.g.*, ECF No. 1-2 at 6 ("Memorandum of Points and Authorities in Support of Motion to Re-Open and Vacate Orders for Fraud on the Court"). A district court has no authority to vacate orders in closed cases before other district judges. But even if the Court could do so, it would not. The issues raised in

Plaintiff's papers have been relitigated many times over, and in each instance Plaintiff's challenges have failed.  The Court will not entertain another version of the same suit.

Accordingly, the filing of Plaintiff's complaint in this case is BARRED based on the vexatious litigant order in *Gilliland*, and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: June 9, 2026

Noël Wise
United States District Judge